F. DIRKS, SHERIFF, ETC., v. THE STATE, ON RELATION OF
JONES.

1. No appeal to the Supreme Court lies from a judgment on writ of *habeas
corpus*, releasing the applicant from the custody complained of.

APPEAL from Galveston.   Tried below before the Hon. George
R. Scott.

J. C. Jones was held in custody by the sheriff of Galveston
county, under a commitment from the mayor's court of the city,
for refusing to pay a fine adjudged against him for violating a city
ordinance, respecting the inspection of a lot of shingles.

He sued out a writ of *habeas corpus*, returnable before Judge
Scott, who held the ordinance to be invalid, and consequently dis-
charged Jones from custody.   This case was an attempt to bring
that decision of the judge before the Supreme Court by an appeal,
and a petition and bond for writ of error also appear in the tran-
script.

*R. K. Smith*, for the appellant.

*Spencer & Stewart*, for the appellee, moved to dismiss the
appeal.

LINDSAY, J.—The writ of *habeas corpus* having been granted
by the district judge in this case ; and upon investigation of the
judge, the prisoner having been enlarged, this court has no juris-
diction of the case, and the appeal is dismissed.

Dismissed.